# Exhibit 2






**tradedny**
Touro College Graduate School of Education



**tradedny** LOAN
IMAGE: Justin Horowitz
DATE: 10/30/2020
ADDRESS: 320 W. 31st St.
MARKET: Mixed-use

LOAN AMOUNT: $15,500,000
LOAN TYPE: Refinancing (Fee Mortgage)

LENDER: Apple Bank for Savings

225 J'aime
3 NOVEMBRE 2020

Ajouter un commentaire...      Publier

Plus de publications de **tradedny**














À propos   Blog   Emplois   Aide   API   Confidentialité   Conditions   Comptes principaux   Hashtags   Lieux

Français    © 2021 Instagram par Facebook

